**1132**

tion by Peter McCann against Frederick Thileman, Jr., and another. J. A. Hodge, Jr., for appellant. H. S. Marshall, for respondents. No opinion. Judgment affirmed, with costs, on opinion of court below. See 72 N. Y. Supp. 1076, 1117.

O'BRIEN, J., dissents.

---

McCARTHY, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William M. McCarthy against the New York & Harlem Railroad Company and others. From a judgment for plaintiff, defendants appeal. Affirmed. Ira A. Place, for appellants. T. P. Wickes, for respondent.

HATCH, J. For the reasons stated in the opinion in the case of Dolan v. Same Defendants, 77 N. Y. Supp. 815, the judgment appealed from should be affirmed, with costs.

O'BRIEN and INGRAHAM, JJ., concur. VAN BRUNT, P. J., dissents.

---

McGIBNOY, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by George McGibnoy, as administrator, against the New York Central & Hudson River Railroad Company. G. D. Lamb, for appellant. G. C. Paulding, for respondent. No opinion. Judgment and order affirmed, with costs.

---

McGUIGAN, Respondent, v. DEPEW IMP. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. June 6, 1902.) Action by Patrick J. McGuigan against the Depew Improvement Company and others. No opinion. Judgment of county court affirmed, with costs.

---

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion granted, with $10 costs.

---

McLOUGHLIN, Respondent, v. LOWEN, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Nora McLoughlin against Charles Lowen. J. F. Cryer, for appellant. T. C. A. Jackson, for respondent. No opinion. Judgment and order affirmed, with costs.

---

In re MANSON. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) In the matter of Samuel H. Manson, an attorney and counselor.

PER CURIAM. Ordered that an order issue, returnable before this court on the 8th day of July next, at 2 o'clock in the afternoon, requiring said Samuel H. Manson to show cause why he should not be debarred from the practice of his said profession of attorney and counselor; that a copy of the charges presented against said Manson, together with a copy of the order to show cause, be personally served upon him within this state at least 10 days before the return of said order to show cause, or in case personal service of said Manson cannot be made, then that copies of said charges and order to show cause be deposited in the postoffice in the city of Buffalo, securely sealed in a postpaid wrapper, addressed to said Manson at his last known place of residence, and a copy of such order to show cause published once in each week for three successive weeks in the following newspapers, published in the city of Buffalo and county of Erie, to wit: The Buffalo Express and the Buffalo Commercial and Advertiser,—such publication to be completed and service by mail made within the time above provided for personal service.

---

MARCHESE, Respondent, v. BELL TEL. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Gugliemo Marchese, as administrator, etc., against the Bell Telephone Company of Buffalo. No opinion. Judgment and order affirmed, with costs.

---

MARCHESE, Respondent, v. BELL TEL. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Gugliemo Marchese, as administrator, etc., against the Bell Telephone Company of Buffalo. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted; this court certifying that in its opinion a question of law is involved which ought to be decided by that court.

---

In re MARESI. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) In the matter of the transfer tax upon the estate of Pompeo Maresi, deceased. No opinion. Order settled and signed.

---

In re MAYOR, ETC., OF CITY OF NEW YORK. In re RIVERSIDE DRIVE. (Supreme Court, Appellate Division, First Department. June 6, 1902.) In the matter of the mayor, etc., of the city of New York. In re Riverside Drive. C. Strauss, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

METROPOLITAN BANK, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Ap-